# United States Court of Appeals

## For the First Circuit

No. 09-1600

CARMEN J. ROMAN,

Plaintiff, Appellant,

v.

JOHN E. POTTER, United States Postmaster General,
UNITED STATES POSTAL SERVICE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 5, 2010, is amended as follows:

On page 2, line 2, the word "retaliation" should not be underlined.

On page 13, line 5, a comma should be inserted between "department" and "as."